## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | Case No.: 2:25-cv-14859-MCA-JRA |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT NOS. 1, 5-8 AND 10-12

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through its counsel, hereby dismisses without prejudice the following defendants identified in Schedule A of the Verified Complaint:

　　Defendant No. 1 (Seller ID: A2EXDKJ11P9YPD);

　　Defendant No. 5 (Seller ID: AHK9V23IPLHDQ);

　　Defendant No. 6 (Seller ID: A2LMK37XO8USGN);

　　Defendant No. 7 (Seller ID: A1C6M8I7US3H3X);

　　Defendant No. 8 (Seller ID: A1KCMP4GS1KV5Q);

　　Defendant No. 10 (Seller ID: A103BMKIZNE5T);

　　Defendant No. 11 (Seller ID: A393T9RJYHKFAE); and

　　Defendant No. 12 (Seller ID: A1SM0FKE7LTO7X).

Date: September 11, 2025

Respectfully submitted,

*/s/ John H. Choi*
John H. Choi
JOHN H. CHOI & ASSOCIATES LLC
65 Challenger Road, Suite 100
Ridgefield Park, NJ 07660
Email: jchoi@jchoilaw.com
Tel:   (201) 580-6600
Fax:   (201) 625-1108

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this September 11, 2025. Any defendant not represented by counsel will be served by electronic mail.

*/s/ John H. Choi*
John H. Choi