Vincent N. Barbera
Jordynn E. Jackson
BUCHANAN INGERSOLL & ROONEY, P.C.
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, NJ 07102
T: (973) 273 9800
E: vincent.barbera@bipc.com
*Counsel for Defendants, Shenzhenshi Lianheng Electronics Technology Co., Ltd. d/b/a Astaowl, and Shenzhen Jiaruiheng Trading Co., Ltd. d/b/a Tunise*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 2:25-CV-14859<br><br>**ORDER DENYING PRELIMINARY INJUNCTION AND DISSOLVING THE AMENDED TEMPORARY RESTRAINING ORDER** |

**THIS MATTER** having come before the Court on Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order (ECF NO. 23) against the Defendants identified on Schedule A of the Verified Complaint (collectively, "Defendants"), and the Court having considered the submissions of the parties, and such oral argument or testimony as may have been allowed by the Court, and for good cause having been shown,

**IT IS** on this ___ day of _Sept_, 2025,

**ORDERED** that Plaintiff's ~~Ex Parte~~ Motion to Extend the Temporary Restraining Order (ECF NO. 23) is **DENIED**; and it is further

**ORDERED** that the restraints set forth in the Amended Sealed Temporary Restraining Order (ECF. NO. 18) are hereby lifted and dissolved as expired on September 9, 2025, such that, *inter alia*, Defendants ASIN Numbers shall be reinstated and any restraint on funds in Defendants' accounts removed; and it is further

**ORDERED** that Plaintiff shall immediately provide notice by way of a copy of this Order to Amazon and all Third-Party Providers referenced the Amended Sealed Temporary Restraining Order.

**SO ORDERED.**

_____
HON. MADELINE COX ARLEO, U.S.D.J